Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−11564−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Theodore Felix Bullock III                      Kimberly J. Bullock
   104 Snyder Avenue                           104 Snyder Avenue
   Westville, NJ 08093                        Westville, NJ 08093

Social Security No.:
   xxx−xx−4152                                  xxx−xx−3688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 3, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2022
JAN: kvr

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Theodore Felix Bullock, III  
Kimberly J. Bullock  
    Debtors

Case No. 22-11564-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Felix Bullock, III, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| jdb | #+ | Kimberly J. Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 519518146 | #+ | Borough of National Park, P.O. Box 262, National Park, NJ 08063-0262 |
| 519518145 | + | Borough of National Park, 7 S. Grove Avenue, National Park, NJ 08063-1599 |
| 519518148 | + | Continental Philatelics Inc., P.O. Box 68, Lexington, MA 02420-0001 |
| 519518152 | + | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518154 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519518157 | + | KML LAW GROUP, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 519518159 | + | Lakeview Dental Care of Washington Towns, 5650 Route 42, Blackwood, NJ 08012-1045 |
| 519518161 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, P.O. Box 1233, Lowell, MA 01853-1233 |
| 519518164 | + | Mystic Stamp Company, 9700 Mill Street, Camden, NY 13316-9111 |
| 519518165 | + | New Jersey Gross Income Tax, P.O. Box 444, Trenton, NJ 08646-0444 |
| 519518166 | | Pay Pal Credit, c/o Bill Me Later, P.O. Box 5138, Port Deposit, MD 21904 |
| 519518170 | + | RA Pain Services, P.O. Box 4605, Lancaster, PA 17604-4605 |
| 519518171 | + | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 519572669 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519518172 | | State of New Jersey Surcharge Violation, P.O.Box 4775, Trenton, NJ 08650-4775 |
| 519518173 | | Waypoint Resource Group, P.O. Box 1081, San Antonio, TX 78294-1081 |
| 519518174 | + | Wilton Stamp Company, P.O. Box 730848, Ormond Beach, FL 32173-0848 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519526533 | + | Email/Text: bk@afsacceptance.com | Jun 03 2022 20:31:00 | AFS Acceptance LLC, 1475 West Cypress Creek Road Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518144 | | Email/Text: bknotice@ercbpo.com | Jun 03 2022 20:30:00 | AT & T, C/O ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519518143 | + | EDI: RMCB.COM | Jun 04 2022 00:28:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519518147 | + | Email/Text: clientrep@capitalcollects.com | Jun 03 2022 20:31:00 | Capital Collections, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 519518149 | + | EDI: CCS.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 04 2022 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519518150 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2022 20:36:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519552622 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2022 20:29:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519518155 | + | EDI: CBSAMERIMARK | Jun 04 2022 00:28:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 519518156 | + | EDI: AMINFOFP.COM | Jun 04 2022 00:28:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519550953 | | EDI: JEFFERSONCAP.COM | Jun 04 2022 00:28:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519518158 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 03 2022 20:30:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519518160 | | Email/Text: govtaudits@labcorp.com | Jun 03 2022 20:30:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 519569744 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 20:36:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519518163 | | Email/Text: compliance@monarchrm.com | Jun 03 2022 20:30:00 | Monarch Recovery Management, 10965 Decatur Road, Philadelphia, PA 19154 |
| 519518162 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 20:30:00 | Midland Credit Mgmt, Inc., 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 519549134 | + | Email/PDF: bankruptcy@ncfsi.com | Jun 03 2022 20:36:11 | NEW CENTURY FINANCIAL SERVICES, INC., 110 SOUTH JEFFERSON ROAD SUITE 104, WHIPPANY NJ 07981-1038 |
| 519518168 | ^ | MEBN | Jun 03 2022 20:29:21 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519518169 | ^ | MEBN | Jun 03 2022 20:29:19 | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519518167 | + | Email/Text: admin@paypps.com | Jun 03 2022 20:31:00 | Professional Placement Services, P.O. Box 612, Milwaukee, WI 53201-0612 |
| 519575974 | + | Email/Text: bncmail@w-legal.com | Jun 03 2022 20:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519518151 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519518153 | *+ | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank Naitonal Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mark W Ford | on behalf of Joint Debtor Kimberly J. Bullock markfordlaw@juno.com reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| Mark W Ford | on behalf of Debtor Theodore Felix Bullock III markfordlaw@juno.com, reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6