| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:  Kimberly and Theodore Bullock | Case Number: 22-11564<br>Hearing Date: July 19, 2022 11:00 a.m.<br>Judge: JNP<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## NOTICE OF MOTION TO VACATE DISMISSAL

To:     **Isabel Balboa, Trustee**

All Creditors listed on Proof of Mailing

The above-referenced debtors have filed a motion to vacate dismissal of their case.

If you do not want the court to vacate the dismissal of the debtor's case, then on or before July 12, 2022 you or your lawyer must:

A.    File with the court a written request for a hearing, or if the court *requires a written response*, an answer, explaining your position at:

Clerk, United States Bankruptcy Court
U.S. Post Office & Courthouse Building
PO Box 2067
Camden, NJ 08101-2067

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

Mark W. Ford, Esquire
Law Offices of Mark W. Ford, L.L.C.

1

P.O. Box 110
Gloucester City, New Jersey 08030

Isabel Balboa, Trustee
Cherry Tree Corporate Center
535 Route 38
Cherry Hill, NJ  08002

Attend the hearing scheduled to be held July 19, 2022 at 11:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen Courthouse, 400 Cooper Street, Camden, NJ  08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  June 22, 2022                                              /s/ Mark W. Ford
                                                                            MARK W. FORD, ESQUIRE