| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br>Kimberly and Theodore Bullock | Case Number:    22-11564<br>Hearing Date:    July 19, 2022 at 11:00 a.m.<br>Judge:    JNP<br>Chapter:    13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified | |

## CERTIFICATION IN SUPPORT
## OF NOTICE OF MOTION TO VACATE DISMISSAL OF CASE

Kimberly and Theodore Bullock of full age, does hereby certify and state:

1. We are the debtors in the above-captioned matter and have personal knowledge of the facts stated herein.

2. We have placed $800.00 in Trustee payments in my attorney's Trust account and we are ready to resume payments to the Trustee and to have the 341 Meeting rescheduled.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date:  June 21, 2022                                              /s/ Kimberly Bullock       /s/Theodore Bullock