Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11564−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Theodore Felix Bullock III          Kimberly J. Bullock
  104 Snyder Avenue                    104 Snyder Avenue
  Westville, NJ 08093                  Westville, NJ 08093

Social Security No.:
  xxx−xx−4152                          xxx−xx−3688

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/7/22
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

         An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

         **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 20, 2022
JAN: kvr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 22-11564-JNP
Theodore Felix Bullock, III                                                                  Chapter 13
Kimberly J. Bullock
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 3
Date Rcvd: Jul 20, 2022            Form ID: 132               Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Felix Bullock, III, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| jdb | + | Kimberly J. Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 519518146 | #+ | Borough of National Park, P.O. Box 262, National Park, NJ 08063-0262 |
| 519518145 | + | Borough of National Park, 7 S. Grove Avenue, National Park, NJ 08063-1599 |
| 519518148 | + | Continental Philatelics Inc., P.O. Box 68, Lexington, MA 02420-0001 |
| 519518152 | + | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518154 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519518157 | + | KML LAW GROUP, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 519518159 | + | Lakeview Dental Care of Washington Towns, 5650 Route 42, Blackwood, NJ 08012-1045 |
| 519518161 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, P.O. Box 1233, Lowell, MA 01853-1233 |
| 519518164 | + | Mystic Stamp Company, 9700 Mill Street, Camden, NY 13316-9111 |
| 519518165 | + | New Jersey Gross Income Tax, P.O. Box 444, Trenton, NJ 08646-0444 |
| 519518166 | | Pay Pal Credit, c/o Bill Me Later, P.O. Box 5138, Port Deposit, MD 21904 |
| 519518170 | + | RA Pain Services, P.O. Box 4605, Lancaster, PA 17604-4605 |
| 519572669 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519518172 | | State of New Jersey Surcharge Violation, P.O.Box 4775, Trenton, NJ 08650-4775 |
| 519518173 | | Waypoint Resource Group, P.O. Box 1081, San Antonio, TX 78294-1081 |
| 519518174 | + | Wilton Stamp Company, P.O. Box 730848, Ormond Beach, FL 32173-0848 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519526533 | + | Email/Text: bk@afsacceptance.com | Jul 20 2022 20:29:00 | AFS Acceptance LLC, 1475 West Cypress Creek Road Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518144 | | Email/Text: bknotice@ercbpo.com | Jul 20 2022 20:29:00 | AT & T, C/O ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519518143 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 20 2022 20:29:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519518147 | + | Email/Text: amanda@cascollects.com | Jul 20 2022 20:30:00 | Capital Collections, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 519518149 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 20 2022 20:30:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |

Case 22-11564-JNP    Doc 29    Filed 07/22/22    Entered 07/23/22 00:12:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 132 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519518150 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 20:33:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519552622 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 20 2022 20:29:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519518155 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2022 20:29:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 519518156 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2022 20:33:21 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519550953 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 20:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519518158 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 20:29:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519518160 |   | Email/Text: govtaudits@labcorp.com | Jul 20 2022 20:29:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 519569744 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519518163 |   | Email/Text: compliance@monarchrm.com | Jul 20 2022 20:29:00 | Monarch Recovery Management, 10965 Decatur Road, Philadelphia, PA 19154 |
| 519518162 |   | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Credit Mgmt., Inc., 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 519549134 | + | Email/PDF: bankruptcy@ncfsi.com | Jul 20 2022 20:33:07 | NEW CENTURY FINANCIAL SERVICES, INC., 110 SOUTH JEFFERSON ROAD SUITE 104, WHIPPANY NJ 07981-1038 |
| 519518168 | ^ | MEBN | Jul 20 2022 20:26:25 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519518169 | ^ | MEBN | Jul 20 2022 20:26:32 | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519518167 | + | Email/Text: admin@paypps.com | Jul 20 2022 20:29:00 | Professional Placement Services, P.O. Box 612, Milwaukee, WI 53201-0612 |
| 519518171 | + | Email/Text: ngisupport@radiusgs.com | Jul 20 2022 20:29:00 | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 519575974 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 20:29:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519518151 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519518153 | *+ | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 132 | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank Naitonal Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mark W Ford | on behalf of Joint Debtor Kimberly J. Bullock markfordlaw@juno.com reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| Mark W Ford | on behalf of Debtor Theodore Felix Bullock III markfordlaw@juno.com, reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6