Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  22–11564–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Theodore Felix Bullock III | Kimberly J. Bullock |
| 104 Snyder Avenue | 104 Snyder Avenue |
| Westville, NJ 08093 | Westville, NJ 08093 |

Social Security No.:
   xxx–xx–4152                                    xxx–xx–3688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

   Debtor and Joint Debtor was entered on September 8, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 22-11564-JNP

Theodore Felix Bullock, III                                                 Chapter 13

Kimberly J. Bullock

　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Sep 09, 2022 | Form ID: 148 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore Felix Bullock, III, Kimberly J. Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 519518146 | #+ | Borough of National Park, P.O. Box 262, National Park, NJ 08063-0262 |
| 519518145 | + | Borough of National Park, 7 S. Grove Avenue, National Park, NJ 08063-1599 |
| 519518148 | + | Continental Philatelics Inc., P.O. Box 68, Lexington, MA 02420-0001 |
| 519518152 | + | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518154 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519518157 | + | KML LAW GROUP, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 519518159 | + | Lakeview Dental Care of Washington Towns, 5650 Route 42, Blackwood, NJ 08012-1045 |
| 519518161 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, P.O. Box 1233, Lowell, MA 01853-1233 |
| 519518164 | + | Mystic Stamp Company, 9700 Mill Street, Camden, NY 13316-9111 |
| 519518165 | + | New Jersey Gross Income Tax, P.O. Box 444, Trenton, NJ 08646-0444 |
| 519518166 | | Pay Pal Credit, c/o Bill Me Later, P.O. Box 5138, Port Deposit, MD 21904 |
| 519518170 | + | RA Pain Services, P.O. Box 4605, Lancaster, PA 17604-4605 |
| 519572669 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519518172 | | State of New Jersey Surcharge Violation, P.O.Box 4775, Trenton, NJ 08650-4775 |
| 519518173 | | Waypoint Resource Group, P.O. Box 1081, San Antonio, TX 78294-1081 |
| 519518174 | + | Wilton Stamp Company, P.O. Box 730848, Ormond Beach, FL 32173-0848 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519526533 | + | Email/Text: bk@afsacceptance.com | Sep 09 2022 20:26:00 | AFS Acceptance LLC, 1475 West Cypress Creek Road Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519518144 | | Email/Text: bknotice@ercbpo.com | Sep 09 2022 20:26:00 | AT & T, C/O ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519518143 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 09 2022 20:26:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519518147 | + | Email/Text: amanda@cascollects.com | Sep 09 2022 20:26:00 | Capital Collections, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 519518149 | + | EDI: CCS.COM | Sep 10 2022 00:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519518150 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0312-1                        User: admin                                    Page 2 of 3
Date Rcvd: Sep 09, 2022                     Form ID: 148                          Total Noticed: 40

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 09 2022 20:29:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519552622 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Sep 09 2022 20:25:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519518155 | + | EDI: CBSAMERIMARK | | |
| | | | Sep 10 2022 00:13:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 519518156 | + | EDI: AMINFOFP.COM | | |
| | | | Sep 10 2022 00:18:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519550953 | | EDI: JEFFERSONCAP.COM | | |
| | | | Sep 10 2022 00:18:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519518157 | ^ | MEBN | | |
| | | | Sep 09 2022 20:21:59 | KML LAW GROUP, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 519518158 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 09 2022 20:25:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519518160 | | Email/Text: govtaudits@labcorp.com | | |
| | | | Sep 09 2022 20:26:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 519569744 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 09 2022 20:29:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519518163 | | Email/Text: compliance@monarchrm.com | | |
| | | | Sep 09 2022 20:26:00 | Monarch Recovery Management, 10965 Decatur Road, Philadelphia, PA 19154 |
| 519518162 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 09 2022 20:26:00 | Midland Credit Mgmt, Inc., 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 519549134 | + | Email/PDF: bankruptcy@ncfsi.com | | |
| | | | Sep 09 2022 20:29:28 | NEW CENTURY FINANCIAL SERVICES, INC., 110 SOUTH JEFFERSON ROAD SUITE 104, WHIPPANY NJ 07981-1038 |
| 519518168 | ^ | MEBN | | |
| | | | Sep 09 2022 20:21:27 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519518169 | ^ | MEBN | | |
| | | | Sep 09 2022 20:21:27 | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519518167 | + | Email/Text: admin@paypps.com | | |
| | | | Sep 09 2022 20:26:00 | Professional Placement Services, P.O. Box 612, Milwaukee, WI 53201-0612 |
| 519518171 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Sep 09 2022 20:26:00 | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 519575974 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 09 2022 20:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519518151 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519518153 | *+ | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1

User: admin

Page 3 of 3

Date Rcvd: Sep 09, 2022

Form ID: 148

Total Noticed: 40

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022

Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank Naitonal Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mark W Ford | on behalf of Joint Debtor Kimberly J. Bullock markfordlaw@juno.com reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| Mark W Ford | on behalf of Debtor Theodore Felix Bullock  III markfordlaw@juno.com, reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6